MEMORANDUM OPINION

 

No. 04-10-00715-CV

 

Frank J. GARCIA,

Appellant

 

v.

 

Lorraine D. GARCIA,

Appellee

 

From the 166th
Judicial District Court, Bexar County, Texas

Trial Court No. 2009-CI-16642

Honorable Janet P.
Littlejohn, Judge Presiding

 

PER CURIAM

 

Sitting:                     Karen Angelini, Justice

Sandee Bryan
Marion, Justice

                     Phylis
J. Speedlin, Justice

 

Delivered and
Filed:  December 8, 2010

 

DISMISSED

 

Appellant has filed a
motion to dismiss this appeal. The motion contains a certificate of service to
appellee, who has not opposed the motion. Therefore, we grant the motion and
dismiss the appeal. See Tex. R.
App. P. 42.1(a). Costs of appeal are taxed against appellant. See id.
42.1(d).

                                                                          PER
CURIAM